# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

VICTORIA MADRID

        Plaintiff

v.                                            CIV 11-0143 CG/LAM

OXFORD MANAGEMENT SERVICES

        Defendant.

## ORDER DENYING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on Attorney Mark Trujillo and Margaret Blonder's *Withdrawal of Counsel and Entry of Appearance of Substitute Counsel* ('Motion') (Doc. 6). Ms. Blonder is seeking to withdraw as counsel for Plaintiff while Mr. Trujillo is entering an appearance as substitute counsel for Plaintiff. (*Id.*). The Court, having considered the Motion, the relevant law, and otherwise being fully advised in the premises, **FINDS** the Motion to withdraw not to be well-taken and will be denied.

Pursuant to the Local Rules of Civil Procedure for the District of New Mexico, an attorney seeking to withdraw must "indicate consent of the client represented by the withdrawing attorney . . ." D.N.M.L.R.-Civ. 83.8(a). The instant Motion states that "[n]otice of the substitution of the above-named counsel has been given to Plaintiff and counsel for Plaintiff and to each attorney of record[,]" but does not state whether Plaintiff consents to the withdrawal. (Doc. 6).

**IT IS THEREFORE ORDERED** that Attorney Margaret Blonder's Motion to withdraw is **DENIED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE